DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZENEIDA CENTENO,**
Appellant,

v.

**TOWER HILL SELECT INS. CO.,**
Appellee.

No. 4D19-3838

[February 11, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. CACE17005382.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellant.

Todd L. Wallen of Wallen Kelley, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***